CATHERINE DOLAN, Respondent, v. SAM ELLIS and THE CITY OF WHITE PLAINS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

JOHN DOOLEY, Appellant and Respondent, v. EDWARD A. SEAMAN, as Executor, etc., of PATRICK MAHONEY, Deceased, Respondent and Appellant. — Judgment and orders affirmed, with costs to the plaintiff, payable out of the estate. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

CATHERINE DUCKETT, Respondent, v. ALICIA E. HARRISON and Others, Appellants.— Judgment and order unanimously affirmed, with costs, on authority of Peters v. Kelly (129 App. Div. 290). Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MARGARET ELLWITZ, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

WILLIAM H. FAY, Respondent, v. THE CITY OF YONKERS, Appellant.— Order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

HENRY FISH, Respondent, v. JACOB ROSENBERG and Another, Appellants. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

HENRY G. K. HEATH, Appellant, v. ARLAND W. JOHNSON, Respondent.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of the Public Playground, etc., Borough of Brooklyn, City of New York. NEW YORK CONSOLIDATED RAILROAD COMPANY and Another, Appellants. — Order in so far as appealed from reversed, without costs, on authority of Matter of City of New York, Juniper Avenue (177 App. Div. 934), and report returned to the commissioners, with instructions to strike out the assessments for benefits levied upon parcels 6,000, 6,030, 6,038, 6,892 and 6,893, and to readjust the assessments accordingly. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of GEORGE W. HORTON, Deceased. ALICE M. HORTON, Appellant; JANE ANN DICKIE, Executrix, etc., Respondent.— Decree of the Surrogate's Court of Westchester county affirmed, with costs to the proponent payable out of the estate. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.